## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

SRI LALITHA GUDIMETLA,

    PLAINTIFF,

v.

MARKWAYNE MULLIN, et al.,

    DEFENDANTS.

# ORDER

Civil Action No. 2:26-cv-06994

**VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

COME NOW, Plaintiffs, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and hereby enter this Voluntary Dismissal of this action Without Prejudice as to all parties and all claims.  All parties shall bear their own costs, attorney's fees, and expenses.

Respectfully submitted,

By: /s/ Conor A. Deane

**The Clerk of the Court is directed to CLOSE this matter.**

**So Ordered:**

*/s/ Jamel K. Semper*
**Hon. Jamel K. Semper**
**U.S. District Judge**

**Dated: August 13, 2026**

Conor A. Deane, Esq.
NJ Bar No. 295372019
Palladino, Isbell & Casazza, LLC
1528 Walnut St, Suite 1701
Philadelphia, PA 19102
Tel: (215) 576-9000
conor@piclaw.com

**Attorney for Plaintiffs**

1